NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PHOJI, INC.,**
*Appellant*

**v.**

**ATLASSIAN US, INC., FKA ATLASSIAN, INC.,**
*Appellee*

———————————

2023-2107

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00210.

———————————

## JUDGMENT

———————————

JOSEPH T. MIOTKE, DeWitt LLP, Brookfield, WI, argued for appellant. Also represented by ERIC HUGH CHADWICK, BRADLEY J. THORSON, Minneapolis, MN.

JAMES L. DAY, JR., Farella Braun & Martel LLP, San Francisco, CA, argued for appellee. Also represented by WINSTON LIAW.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2024
Date

Jarrett B. Perlow
Clerk of Court